UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AZEB RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-4087-G (BF) |
| OCWEN LOAN SERVICING, LLC, | ) | |
| MORTGAGE SERVICER FOR U.S. | ) | |
| BANK NATIONAL ASSOCIATION, AS | ) | |
| TRUSTEE UNDER THE POOLING | ) | |
| AND SERVICING AGREEMENT | ) | |
| DATED AS OF OCTOBER 1, 2996, | ) | |
| GSAMP TRUST 2006-HE7 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of the United States Magistrate Judge Paul D. Stickney. No objections to the findings, conclusions, and recommendation were filed. The district court thus reviewed the findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the defendant's motion to dismiss the plaintiff's original petition for failure to state a claim, or in the alternative, motion for more definite statement (docket entry 9) is **GRANTED**.

August 7, 2014.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**